HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
BRENT D. NEWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRENT D. NEWELL,<br><br>　　　　　Defendant. | Case No. 6:18-mj-00044<br><br>STIPULATION AND ORDER TO VACATE REVIEW HEARING, DISMISS VIOLATION PETITION AND TERMINATE UNSUPERVISED PROBATION<br><br>JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the review hearing scheduled for October 23, 2019 at 10:00 a.m. be vacated, that the pending violation petition filed on October 8, 2019[1] be dismissed without prejudice, and the term of unsupervised probation be terminated, in light of Mr. Newell's compliance with all conditions of unsupervised probation and complete payment of the financial penalty imposed.

Mr. Newell was sentenced on November 6, 2018 to 12 months of unsupervised probation with the conditions that he obey all laws, complete a three-month anger management course, and pay a total financial penalty of $1000.00. A violation petition was filed on October 8, 2019 due to a miscommunication wherein government counsel was not timely provided with proof of

---

[1] Docket No. 9.

1 | compliance with the terms of probation.

2 | The review hearing was continued to October 23, 2019 to allow defendant the
3 | opportunity to submit proof of compliance, which he has since provided to the government
4 | regarding both the financial obligation and the anger management course. It is therefore the
5 | request of the parties that the review hearing scheduled for October 23, 2019 at 10:00 a.m. be
6 | vacated, that the violation petition currently pending be dismissed, and the term of unsupervised
7 | probation be terminated.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: October 18, 2019     By:    */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

HEATHER E. WILLIAMS
Federal Defender

DATED: October 18, 2019     By:    */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
BRENT D. NEWELL

ORDER

Good cause appearing, the above stipulation in Case No. 6:18-mj-0044 is hereby accepted and adopted as the order of this court. The hearing currently set for October 23, 2019 is vacated and the term of unsupervised probation is terminated as of the date of this order. At the request of the government, the pending violation petition is dismissed.

IT IS SO ORDERED.

Dated: __October 18, 2019__ _____
UNITED STATES MAGISTRATE JUDGE